# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eddie Parker, | No. CV-18-1492-PHX-JGZ |
| Petitioner, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Respondents. | |

    Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Jacqueline M. Rateau. (Doc 19.) Magistrate Judge Rateau recommends dismissing Petitioner's § 2254 Petition for Writ of Habeas Corpus as time-barred without excuse. (*Id.*) Magistrate Judge Rateau also recommends that the Court deny a certificate of appealability. (*Id*. at p. 11.)

    A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

//
//
//
//
//

Upon review of the record, the Court will adopt Magistrate Judge Rateau's recommendations. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Thomas v. Arn*, 474 U.S. 140, 149–54 (1985). Accordingly,

IT IS ORDERED that:

1. Magistrate Judge Rateau's Report and Recommendation (Doc. 19) is ADOPTED;

2. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED;

3. A certificate of appealability is DENIED.

4. The Clerk of Court shall enter judgment accordingly and close the file in this action.

Dated this 1st day of June, 2020.

_____
Honorable Jennifer G. Zipps
United States District Judge